# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN O'BERRY, | : | |
| *Plaintiff*, | : | |
| | : | Case No. 1:23-cv-186 |
| v. | : | |
| | : | Judge Jeffery P. Hopkins |
| ATTORNEY JEFFREY BRANDT, | : | |
| *Defendant*. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Chelsey M. Vascura on April 6, 2023. Doc. 3. After performing an initial screen of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to assert any claim over which this Court has subject-matter jurisdiction. The Court has reviewed Plaintiff's Complaint and the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED** for lack of jurisdiction. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would lack an arguable basis in law or in fact and thus would not be taken in good faith.

**IT IS SO ORDERED.**

Dated: October 5, 2023

Hon. Jeffery P. Hopkins
United States District Judge